IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:
W.R. GRACE & CO., et. al.,
    Debtors.

---

ZONOLITE ATTIC INSULATION
PROPERTY DAMAGE CLAIMANTS,
    Appellants    :    CASE NO. 07-MC-0005 (RLB)

v.    :    Bankruptcy Case No. 01-1139

W.R. GRACE & CO., et al.,
    Appellees.

---

### ORDER

**AND NOW**, this 23rd day of January, 2007, upon consideration of Appellant's Motion for Leave to Appeal, Appellee's Response thereto, and Appellant's Reply Brief, it is hereby **ORDERED** that **ORAL ARGUMENT** is scheduled for <u>Monday, February 5, 2007 at 4:00 p.m.</u> in Courtroom <u>14A</u> of the United States District Court for the Eastern District of Pennsylvania, Philadelphia, PA.

BY THE COURT:

_/s/ signature_
RONALD L. BUCKWALTER, S.J.