IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:
W.R. GRACE & CO., et. al.,
    Debtors.

| | |
|---|---|
| ZONOLITE ATTIC INSULATION PROPERTY DAMAGE CLAIMANTS,<br>    Appellants | CASE NO. 07-MC-0005 (RLB) |
| v. | Bankruptcy Case No. 01-1139 |
| W.R. GRACE & CO., et al.,<br>    Appellees. | |

## ORDER

AND NOW, this 31st day of January, 2007, it is hereby ORDERED that the ORAL ARGUMENT scheduled for February 5, 2007 is continued until Tuesday, March 6, 2007 at 2:00 p.m. in Courtroom 14A of the United States District Court for the Eastern District of Pennsylvania, Philadelphia, PA.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.