# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In re:
W.R. GRACE & CO., et. al.,
      Debtors.

| | | |
|---|---|---|
| ZONOLITE ATTIC INSULATION PROPERTY DAMAGE CLAIMANTS, | : | |
| Appellants | : | CASE NO. 07-MC-0005 (RLB) |
| | : | |
| v. | : | Bankruptcy Case No. 01-1139 |
| | : | |
| W.R. GRACE & CO., et al., | : | |
| Appellees. | : | |

## ORDER

**AND NOW**, this 20th day of February, 2007, it is hereby ORDERED that the

**ORAL ARGUMENT** scheduled for March 6, 2007 is rescheduled for <u>Monday, March 5, 2007

at 4:00 p.m.</u> in Courtroom <u>14A</u> of the United States District Court for the Eastern District of

Pennsylvania, Philadelphia, PA.

BY THE COURT:

RONALD L. BUCKWALTER, S.J.