IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:
W.R. GRACE & CO., et. al.,
    Debtors.

---

ZONOLITE ATTIC INSULATION
PROPERTY DAMAGE CLAIMANTS,
    Appellants     :    CASE NO. 07-MC-0005 (RLB)

v.     :    Bankruptcy Case No. 01-1139

W.R. GRACE & CO., et al.,
    Appellees.

---

### ORDER

AND NOW, this 19th day of April, 2007, upon consideration of ZAI Claimants' Motion for Reconsideration and W.R. Grace's opposition thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.